Materials Transport Service, Inc., Appellant, *v.* Okun Industries, et al.

■ Argued March 18, 1976. *Edward J. Zamborsky*, with him *Zamborsky & Zamborsky*, for appellant; *Thomas J. Maloney*, with him *Maloney, Danyi, Goodman, Hensel & Center*, for appellees.

Order affirmed.